AO 91 (Rev. 11/11) Criminal Complaint

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

FILED
JAN 17 2024
Clerk, U.S. District Court
Eastern District of Texas

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. |
| MUSTAFA SHAKER | ) 4:24-MJ-028 |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __JANUARY 10, 2024__ in the county of __DENTON__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 932(b) | Straw Purchasing of firearms |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

DEREK PETERS/ ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: 01/17/2024

_____
Judge's signature

City and state: Plano, Texas      Kimberly C. Priest Johnson, U.S. Magistrate Judge
Printed name and title